Dolores E. Gonzales, Esq. (SBN: 171306)
BRAVO LAW GROUP, A.P.C.
4025 Camino Del Rio South, Suite 300
San Diego, CA 92108
Telephone: (858) 300-1900
Facsimile: (858) 300-1910
dolores.gonzales@bravolawgroup.com

Attorney for Defendant
JAYCO, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA A. KRUSE, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and JAYCO, INC., an Indiana Corporation,<br><br>       Defendants. | CASE NO.: 3:23-cv-01332-WQH-KSC<br><br>**JAYCO, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>Complaint Filed:           07/20/23<br>1st Amended Complaint Filed:   08/01/23<br>Trial Date:                Not Yet Set |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Local Rule - Civil Rule 40.2, the undersigned, counsel of record for Defendant, JAYCO, INC., certifies that she is unaware of any party, other than those presently parties to the case, that may have a pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

                                                                BRAVO LAW GROUP, A.P.C.

Dated: August 16, 2023        By: _____
                                                                Dolores E. Gonzales, Esq.
                                                                Attorney for Defendant
                                                                JAYCO, INC.

| UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| TITLE OF CASE (Abbreviated)<br>***Kruse v. Ford Motor Company, et al.*** | |
| ATTORNEY(S) NAME AND ADDRESS<br>Dolores E. Gonzales, Esq. (SBN: 171306)   TELEPHONE (858) 300-1900<br>**BRAVO LAW GROUP, A.P.C.**   FAX: (858) 300-1910<br>4025 Camino Del Rio South, Suite 300<br>San Diego, California 92108 | |
| ATTORNEY(S) FOR:<br>Defendant JAYCO, INC. | HEARING: DATE-TIME-DEPT | CASE NUMBER<br>3:23-cv-01332-WQH-KSC |

## DECLARATION OF SERVICE

I, the undersigned, declare:

I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4025 Camino Del Rio South, Suite 300, San Diego, California 92108.

I served the following document(s):

### JAYCO, INC.'S CORPORATE DISCLOSURE STATEMENT

on the parties in this action addressed as follows:

Derek A. Soinski, Esq.                          Attorney for PLAINTIFF
REDWOOD LAW GROUP, APC
11440 West Bernardo Court, Suite 300
San Diego, CA 92127
derek@redwoodlawgroup.com

**X**    **BY ELECTRONIC FILING**: By attaching a true copy of the above-entitled document(s) to the E-Filing System of the United States District Court, Southern District of California on August 16, 2023. The file transmission was reported as complete and a copy of the Filing Receipt page will be maintained with the original document(s) in our office.

___    **BY E-MAIL**: I caused to be transmitted via electronic mail to the e-mail address as identified above, a true copy of the above-described document(s) on August 16, 2023.

___    **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on August 16, 2023. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on August 16, 2023, at San Diego, California.

_____
**DOLORES E. GONZALES**